AO 247 (06/09)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582 (c) (2)

# UNITED STATES DISTRICT COURT
for the

JUDICIAL DISTRICT OF PUERTO RICO

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| **[10] LUIS FIGUEROA-TORO a/k/a "Raspu"** | ) Case No:   00-CR-845-10 (SEC) |
|  | ) USM No:   22437-069 |
| Date of Previous Judgment:   November 14, 2002 | ) Melanie Carrillo, AFPD |
| *(Use Date of Last Amended Judgment if Applicable)* | ) Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of   X  the defendant   ☐  the Director of the Bureau of Prisons   ☐  the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   X GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of   151   months **is reduced to**   121 months   .

**I. COURT DETERMINATION OF GUIDELINE RANGE** *(Prior to Any Departures)*

Previous Offense Level:         34              Amended Offense Level:           32
Criminal History Category:       I              Criminal History Category:        I
Previous Guideline Range:   151   to   188   months      Amended Guideline Range:   121   to   151   months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
X  The reduced sentence is within the amended guideline range.
☐  The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐  Other *(explain)*:

**III. ADDITIONAL COMMENTS**



Except as provided above, all provisions of the judgment dated   11/14/2002        shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   February 10, 2010                                    S/ SALVADOR E. CASELLAS
                                                                                          *Judge's signature*

Effective Date:   February 10, 2010                              SALVADOR E. CASELLAS, U.S. DISTRICT JUDGE
        *(if different from order date)*                                                *Printed name and title*